STATE OF NEW JERSEY, PLAINTIFF-PETITIONER, v. JAMES L. GATTLING, DEFENDANT-RESPONDENT.

See same case below: 95 *N. J. Super.* 103.

*Mr. Vincent P. Keuper* and *Mr. Thomas L. Yaccarino* for the petitioner.

*Messrs. Anschelewitz, Barr & Ansell* for the respondent.

June 30, 1967. Denied.

THE FIRST NATIONAL BANK AND TRUST COMPANY OF PAULSBORO, PLAINTIFF-RESPONDENT, v. THE BOROUGH OF PAULSBORO, *ET ALS.*, DEFENDANTS-RESPONDENTS, AND UNDERWOOD-MEMORIAL HOSPITAL, DEFENDANT-PETITIONER.

*Messrs. Brown, Connery, Kulp & Wille* and *Mr. Kurt W. Kroschel* for the petitioner.

*Mr. Joseph Mennite* and *Mr. Joseph Pierce Lodge* for the respondents.

June 30, 1967. Denied.

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. JOHN TAMBURELLO, DEFENDANT-PETITIONER.

*Mr. George R. Sommer* and *Mr. Richard A. Walsh* for the petitioner.

*Mr. Martin J. Queenan* for the respondent.

June 30, 1967. Denied.